1

2

3

4                              UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7    SHAUN ROSIERE,                                    Case No.  3:16-cv-02765-LB

8                   Plaintiff.

9          v.                                          **AMENDED ORDER GRANTING
                                                       PLAINTIFF'S APPLICATION TO
10   UNITED STATES OF AMERICA,                         PROCEED IN FORMA PAUPERIS**

                                                       Re: Dkt. No. 2
11                 Defendant.

12

13         Plaintiff has filed an Application to Proceed *In Forma Pauperis*.  Having considered the

14   application and complaint, the Court hereby **GRANTS** Plaintiff's application.  The Clerk of Court

15   shall issue the summons.  Furthermore, the U.S. Marshal for the Northern District of California

16   shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments,

17   Plaintiff's affidavit and this order upon Defendant(s).

18         **IT IS SO ORDERED.**

19   Dated:  June 3, 2016

20   _____

21   LAUREL BEELER
     United States Magistrate Judge

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAUN ROSIERE,

          Plaintiff,

    v.

UNITED STATES OF AMERICA,

          Defendant.

Case No.  3:16-cv-02765-LB

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on June 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shaun  Rosiere
7380 S. Eastern Ave.
Ste #124265
Las Vegas, NV 89123

Dated: June 3, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

2