DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: patrick.rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAUN ROSIERE, | Case No: 2:16-cv-02286-GMN-PAL |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME** <br> **(First Request)** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

  Pursuant to Fed. R. Civ. P. 6(b)(1) and LR 6-1, Defendant United States moves for an order providing the United States with a thirteen-day extension of time, from November 10, 2016 to November 23, 2016 to file its reply to Plaintiff's response (ECF No. 54) to the United States' Motion to Dismiss (ECF No. 42). There have not been any previous requests for such an extension of time. This motion is based on the following Memorandum of Points and Authorities, along with all papers and pleadings on file.

  Respectfully submitted this 9th day of November 2016.

                DANIEL G. BOGDEN
                United States Attorney

                */s/ Patrick A. Rose*
                PATRICK A. ROSE
                Assistant United States Attorney

**MEMORANDUM OF POINTS AND AUTHORITIES**

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. In this case, the United States requests additional time to file its reply for the reasons set forth below.

Since the filing of Plaintiff's response, undersigned counsel has had to devote significant time and attention, including after hours on evenings and weekends, to other matters. In particular, undersigned counsel has had to devote significant time to an appellate brief due, by extension, on November 10, 2016 in the matter of *Kornberg v. United States of Ameri*ca, 16-15464.

Next week, undersigned counsel will be away from the office for two days in connection with travel and a deposition in another matter.

The requested extension will not result in any prejudice to Plaintiff. The Court has stayed proceedings, except for the reply brief that is the subject of this request, for 120 days.

Based on these circumstances, the United States requests a thirteen-day extension of time, from November 10, 2016 to November 23, 2016, to file its reply to Plaintiff's response (ECF No. 54) to the United States' Motion to Dismiss (ECF No. 42).

Respectfully submitted this 9th day of November 2016.

        DANIEL G. BOGDEN
        United States Attorney

        */s/ Patrick A. Rose*
        PATRICK A. ROSE
        Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED this 14 day of November, 2016.

**PROOF OF SERVICE**

I, Patrick A. Rose, certify that the following was served with the foregoing **MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**U.S. Mail:**

Shaun Rosiere
7380 S. Eastern Avenue, Suite 124265
Las Vegas, Nevada 89123

*Plaintiff pro se*

Dated this 9th day of November 2016.

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

3