UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAUN ROSIERE, | Case No. 2:16-cv-02286-GMN-PAL |
| Petitioner, | ORDER |
| v. | (Mot Resend – ECF No. 63) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Before the court is Petitioner Shaun Rosiere's Motion to Resend any Sent Paper for the Last Few Months (ECF No. 63). The motion claims that Mr. Rosiere's mail has been stolen for an unknown period of time. He therefore requests copies of any paperwork that has been filed "over the last few months". The undersigned conducted a hearing on November 1, 2016. At that time, Mr. Rosiere apparently had all the filings up to that point as he argued the various motions set for hearing. Since that time 5 items have been filed, including this motion, and the written order this court entered after the November 1, 2016 hearing. (ECF Nos 59-63). Mr. Rosiere resides in Las Vegas, and may review anything filed in this case in the Clerk's Office Monday through Friday between the hours of 9 a.m. and 4 p.m., and may request a copy of anything he has not received. However, the court will not burden the clerk's office with copying and reserving documents that Mr. Rosiere may or may not have.

IT IS ORDERED that the Motion to Resend any Sent Paper for the Last Few Months (ECF No. 63) is DENIED.

DATED this 23rd day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1